■
**Darlene WALSH, Respondent,**

v.

**K–MART CORPORATION and Minnesota Self–Insurer's Security Fund administered by Berkley Risk Administrators, Relators,**

and

**Michelson Rehabilitation Consultants, Inc., Impact Physical Medicine, Noran Neurological Clinic, Neurological Associates of St. Paul, Medica Health Plans, Intervenors.**

No. A12–2273.

Supreme Court of Minnesota.

Aug. 22, 2013.

Frederick E. Kaiser, John W. Zweber, Thomas R. Cutts, Hansen, Dordell, Bradt, Odlaug & Bradt, P.L.L.P., Saint Paul, MN, for respondent.

Roderick C. Cosgriff, Britt M. Graupner, Heacox, Hartman, Koshmrl, Cosgriff & Johnson, P.A., Saint Paul, MN, for relators.

■

### ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed and served on November 19, 2012, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

Employee is awarded $1,200 in attorney fees.

BY THE COURT

/s/_____
David L. Lillehaug
Associate Justice